JLG:KCM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

- against -

ELLIOT HODSON,

             Defendant.

------------------------------X

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   DEC 09 2025   ★

LONG ISLAND OFFICE

R E M O V A L   T O   T H E
S O U T H E R N   D I S T R I C T   O F
O H I O

(Fed. R. Crim. P. 5)

No. **2:25-mj-00347-JMW**

EASTERN DISTRICT OF NEW YORK, SS:

      Dustin Weekley, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

      On or about November 6, 2025, the United States District Court for the Southern District of Ohio issued an arrest warrant commanding the arrest of defendant ELLIOT HODSON in connection with an Indictment, captioned United States v. Elliot Hodson, Case No. 25-CR-118, charging violations of Title 18, United States Code, Section 1512(c)(1) (destruction of a record in an official proceeding), and Title 18, United States Code, Section 1519 (destruction of a record in a federal investigation). On or about December 9, 2025, HODSON was arrested in the Eastern District of New York.

      The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1. On or about November 6, 2025, a grand jury sitting in the Southern District of Ohio, Western Division, returned a two-count Indictment, captioned above, charging defendant ELLIOT HOSDON with violations of Title 18, United States Code, Section 1512(c)(1) (destruction of a record in an official proceeding), and Title 18, United States Code, Section 1519 (destruction of a record in a federal investigation) (hereinafter, the "Indictment"). A true and correct copy of the Indictment is attached hereto as Exhibit A.

2. In connection with the charges in the Indictment, on or about November 6, 2025, the Clerk of Courts for the United States District Court for the Southern District of Ohio issued a warrant (hereinafter, the "Warrant") for the arrest of defendant ELLIOT HODSON. A true and correct copy of the Warrant is attached hereto as Exhibit B

3. On or about December 9, 2025, the FBI arrested the defendant ELLIOT HODSON at a residence in Bay Shore, New York.

4. At the time of his arrest, as described above, the defendant ELLIOT HODSON confirmed his identity to law enforcement agents, by providing his full name and date of birth. Additionally, the FBI obtained a copy of the defendant's Utah driver's license from the Bay Shore residence, with his consent, which document bears the name "ELLIOT HODSON." Law enforcement agents also compared the physical appearance of the defendant ELLIOT HODSON who was arrested today to photographs of the individual who is wanted in the Southern District of Ohio, which were obtained during the investigation of the charged crimes, and he appeared consistent with the person depicted in these photographs.

5. During his arrest processing, the defendant ELLIOT HODSON provided pedigree information to law enforcement, including his date of birth and Social Security

Number, which match the date of birth and Social Security Number of the individual who is wanted in the Southern District of Ohio.

    6.  Based on the forgoing, I submit that there is probable cause to believe that the individual arrested by the FBI today is the defendant ELLIOT HODSON who is wanted in the Southern District of Ohio.

    WHEREFORE, your deponent respectfully requests that the defendant ELLIOT HODSON be removed to the Southern District of Ohio so that he may be dealt with according to law.

/s/ Dustin Weekley
DUSTIN WEEKLEY
Special Agent
Federal Bureau of Investigation

Sworn to before me on this
9th day of December, 2025

s/ James M. Wicks
HONORABLE JAMES M. WICKS
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# EXHIBIT A

FILED
RICHARD W. NAGEL
CLERK OF COURT

2025 NOV -6 AM 8:43

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. **1:25CR 118** |
| v. | : | JUDGE **J. HOPKINS** |
| **ELLIOT HODSON,** | : | <u>INDICTMENT</u> |
| Defendant. | : | 18 U.S.C. § 1512(c)(1) |
| | : | 18 U.S.C. § 1519 |

**THE GRAND JURY CHARGES:**

At all times relevant to this Indictment:

<u>**COUNT 1**</u>
**(Destruction of a record in an official proceeding)**

1. The defendant, **ELLIOT HODSON**, has been a resident of both Utah and New York at various times.

2. On or about October 7 and 8, 2024, the defendant, **ELLIOT HODSON**, knowingly and willfully and corruptly altered, destroyed, mutilated, and concealed a record, document and other object, to wit, the concealment and deletion of files and information on certain electronic devices, and attempted to do so, with the intent to impair the record, document, and object's integrity or availability for use in an official proceeding, to wit, a grand jury investigation in the Southern District of Ohio.

**In violation of 18 U.S.C. § 1512(c)(1).**

1

## COUNT 2
### (Destruction of a record in a federal investigation)

3. On or about October 7 and 8, 2024, the defendant, **ELLIOT HODSON**, knowingly altered, destroyed, mutilated, and concealed a record, document, and tangible object, to wit, the concealment and deletion of files and information on certain electronic devices, and attempted to do so, with the intent to impede, obstruct, or influence the investigation or proper administration of a matter under the jurisdiction of a department or agency of the United States, to wit, a criminal investigation conducted by the Federal Bureau of Investigation in the Southern District of Ohio.

**In violation of 18 U.S.C. § 1519.**

A TRUE BILL.

/S/
_____
FOREPERSON

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

*[signature]*
_____
**TIMOTHY S. MANGAN, 069287**
**ASSISTANT UNITED STATES ATTORNEY**

2

# EXHIBIT B

AO 442 (Rev. 11/11) Arrest Warrant

FILED
RICHARD W. NAGEL
CLERK OF COURT

2025 NOV -6 AM 8: 43

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
| v. | ) | Case No. **1:25CR 118** |
| ELLIOT HODSON | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     ELLIOT HODSON                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   18 USC 1512(c)(1) - Destruction of a record (Official proceeding)
   18 USC 1519 - Destruction of a record (Federal investigation)

Date:  11/6/2025

*Issuing officer's signature*

City and state:   Cincinnati, Ohio                              Richard W. Nagel - Clerk of Courts
                                                                          *Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: **ELLIOT HODSON**
Known aliases: 
Last known residence: 
Prior addresses to which defendant/offender may still have ties: 

Last known employment: 
Last known telephone numbers: 
Place of birth: 
Date of birth: 12/16/1993
Social Security number: 
Height:                                    Weight: 
Sex:                                       Race: 
Hair:                                      Eyes: 
Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: 
Complete description of auto: 

Investigative agency and address: 

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*: